**Order entered April 9, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-00390-CV**
**No. 05-14-00391-CV**

## IN RE SENRICK WILKERSON, Relator

**Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F10-01183-J, F10-01184-J**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of

mandamus. We ORDER that relator bear the costs of this original proceeding..

/s/ MOLLY FRANCIS
   JUSTICE